1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12 XUN CHEN,                                    )
                                                )  No. C 07-1713 SC
13           Petitioner,                  )
                                                )
14        v.                                  )
                                                )  **STIPULATION TO DISMISS; AND**
15 DAVID STILL, in his Official Capacity,       )  [PROPOSED] **ORDER**
   District Director, United States Department of )
16 Homeland Security, Bureau of Citizenship     )
   and Immigration Services, San Francisco,     )
17 California; EMILIO T. GONZALEZ, in his       )
   Official Capacity, Director, United States   )
18 Citizenship and Immigration Services,        )
   Department of Homeland Security; MICHAEL     )
19 CHERTOFF, in his Official Capacity, Secretary, )
   Department of Homeland Security; ALBERTO     )
20 GONZALES, in his Official Capacity, United   )
   States Attorney General,                     )
21                                              )
             Respondents.                 )
22 _____   )

23     Petitioner, by and though his attorney of record, and Respondents, by and through their

24 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

25 above-entitled action without prejudice in light of the fact that the United States Citizenship and

26 Immigration Services is now prepared to grant Petitioner's application for naturalization and

27 agrees to do so within 30 days of the dismissal of this action.

28     Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C07-1713 SC                         1

1 | Date: June 25, 2007 | Respectfully submitted,

2 | | SCOTT N. SCHOOLS
  | | United States Attorney

3

4

5 | | _____/s/_____
  | | ILA C. DEISS
  | | Assistant United States Attorney
6 | | Attorneys for Respondents

7

8

9 | Date: June 26, 2007 | _____/s/_____
  | | STACEY L. GARTLAND
  | | Attorney for Petitioner

10

11

12

13 | **ORDER**

14 | Pursuant to stipulation, IT IS SO ORDERED.

15

16 | Date: 6/29/07

17 | | SAMUEL CONTI
  | | United States District Judge

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" Judge Samuel Conti, signed]*

Stipulation to Dismiss
C07-1713 SC                                        2